## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROBERT J. POUND,**        )<br>                                            )<br>          **Plaintiff,**          )<br>                                            )<br>**v.**                                    )<br>                                            )<br>**AIROSOL COMPANY, INC., et al.,** )<br>                                            )<br>          **Defendants.**       )<br>                                            ) | **CIVIL ACTION**<br><br>**No. 02-2632-CM** |

### MEMORANDUM AND ORDER

Pending before the court is plaintiff Robert Pound's Motion Regarding Proposed Stipulations (Doc. 296).

The parties' Pretrial Order states that the parties shall file a stipulation regarding the designation of documents by April 15, 2005. The court granted an extension for stipulations to April 29, 2005. On April 29, 2005 at approximately 12:11 p.m., plaintiff filed the instant motion requesting the court to deem plaintiff's proposed stipulations as agreed upon by defendants even though defendants had not agreed to the stipulations at that time. Although stipulations promote the efficiency and ease of trial, the court will not force parties to enter into stipulations. However, the court does request that, in the interest of judicial economy, the parties work together to stipulate to as many designations as possible prior to trial, and notify the court of the same as soon as is practically possible. Plaintiff's motion is denied.

**IT IS THEREFORE ORDERED** that plaintiff's Motion Regarding Proposed Stipulations (Doc. 296) is denied.

Dated this 17th day of May, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**
